Patrick CHRISTIAN, Plaintiff-Appellant,

v.

UNITED STATES of America, Defendant-Appellee.

No. 17-1962

United States Court of Appeals, Fourth Circuit.

Submitted: December 21, 2017

Decided: December 27, 2017

Patrick O. Christian, Appellant Pro Se.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick O. Christian appeals the district court's order dismissing his civil rights complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accord-ingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Christian v. United States*, No. 3:17-cv-00535-HEH, 2017 WL 4484254 (E.D. Va. Aug. 15, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*